UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUON CHHAO, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

CASE NO. C13-5613 BHS

ORDER DENYING MOTION TO
REMAND

This matter comes before the Court on Plaintiff's motion to remand (Dkt. 7).

On July 24, 2013, Defendant Phyllis Wilson ("Wilson") removed the matter to this court. Dkt. 1. On August 14, 2013, Plaintiffs filed the instant motion to remand because, in part, no federal issues were involved in this matter. Dkt. 7. On September 13, 2013, Wilson filed a notice that the Assistant United States Attorney has certified that Wilson was acting within the scope of her employment when the relevant incidents occurred and the United States shall be substituted as Defendant. Dkt. 12. Therefore, the Court **DENIES** Plaintiffs' motion because federal issues are now present in this matter.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER